IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
AF HOLDINGS LLC,              )
                              )    2:12-cv-01078-GEB-GGH
          Plaintiff,          )
                              )
     v.                       )    ORDER CONTINUING STATUS
                              )    (PRETRIAL SCHEDULING)
JOHN DOE,                     )    CONFERENCE
                              )
          Defendant.          )
_____)
```

      Plaintiff indicates in its Status Report filed September 17, 2012, that this case is not ready to be scheduled since Plaintiff is seeking to resolve the case through settlement.  Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on October 1, 2012, is continued to November 26, 2012, at 9:00 a.m.  A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference. In the event Plaintiff does not reach a settlement with John Doe, Plaintiff shall address in the status report what steps it is taking to prosecute this action.

      IT IS SO ORDERED.

Dated:  September 21, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge