Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| AF HOLDINGS LLC, | ) | **No. 2:12-cv-01078 GEB-GGH** |
| Plaintiff, | ) | |
| v. | ) | Judge: Hon. Garland E. Burrell, Jr. |
| | ) | Mag. Judge: Hon. Gregory G. Hollows |
| UDISH SUNDARRAJAN, | ) | **PLAINTIFF'S MOTION FOR SERVICE BY PUBLICATION** |
| Defendant. | ) | |
| | ) | |

Plaintiff AF Holdings LLC ("Plaintiff"), through its undersigned counsel, hereby files this Motion for Service by Publication pursuant to Federal Rule of Civil Procedure 4(e)(1) and California Code of Civil Procedure §415.50. Plaintiff was not able to serve Defendant Udish Sundarrajan ("Defendant") through the conventional methods provided for by the Federal Rules of Civil Procedure. Plaintiff engaged in reasonable due diligence to attempt to locate Defendant, but was not able to do so. (*See* attached Declaration of Sirh-Ryun Stella Wi Dugas ["Dugas Declaration"] at ¶¶ 3-8). Plaintiff thus moves the Court to allow Defendant to be served by Publication—a process allowed under California Rules of Civil Procedure—made in a newspaper published in the state of California, containing notice of the pendency of the action, the title of the court, the title of the case, showing the names of the first named plaintiff and the named defendant, the number of the case, the

name of the party to be served by publication (Udish Sundarrajan), and the date on or after which default may be entered against such party.

## ARGUMENT

### I. PLAINTIFF HAS EXHAUSTED OTHER METHODS OF SERVICE UNDER THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff invokes Federal Rule of Civil Procedure 4(e)(1) because Plaintiff has exhausted other methods of service under 4(e). FRCP 4(e). Plaintiff's attempts to serve process upon Defendant via other methods of service are detailed in the attached affidavit. (*See* Dugas Decl. ¶¶ 3-8.) Under FRCP 4(e)(1), "an individual may be served in a judicial district of the United States by following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." As the instant action is pending in the Eastern District of California, Plaintiff turns to the relevant California statute, California Code of Civil Procedure §415.50.

### II. DESPITE REASONABLE DILIGENCE, PLAINTIFF HAS BEEN UNABLE TO SERVE DEFENDANT

California Code of Civil Procedure §415.50 provides, in pertinent part, that "a summons may be served by publication if upon affidavit it appears to the satisfaction of the court in which the action is pending that the party to be served cannot with reasonable diligence be served in another manner specified in this article and that either: (1) a cause of action exists against the party upon whom service is to be made or he or she is a necessary or proper party to the action." California Code of Civil Procedure §415.50. As detailed in the attached affidavit, Plaintiff has made a diligent inquiry as to the location of the individual defendant, and made reasonable efforts to make service, efforts which have proven unsuccessful. (*See* Dugas Decl. ¶¶ 3-8.) Service by Publication thus represents the final avenue remaining to Plaintiff by which it can litigate the claims established in its Complaint. As required by California Code of Civil Procedure §415.50(a)(1), a cause of action exists

against Udish Sundarrajan, the party upon whom service is to be made by publication. These causes of action are detailed in Plaintiff's First Amended Complaint. (*See* ECF No. 15.) Plaintiff thus respectfully moves the Court to allow Defendant to be served by publication so that Plaintiff may litigate its claims. Plaintiff supports its motion with a declaration, and correspondence with process servers.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully moves this Court to allow Defendant to be served by Publication.

Respectfully Submitted,

PRENDA LAW INC.

**DATED: October 30, 2012**

By:  /s/ Brett L. Gibbs

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*