Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law, Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AF HOLDINGS LLC,          )<br>                           )<br>        Plaintiff,        )<br>                           )<br>    v.                     )<br>                           )<br>                           )<br>UDISH SUNDARRAJAN,         )<br>                           )<br>        Defendant.         )<br>_____) | **Case No. 2:12-cv-01078-GEB-GGH**<br><br>**DECLARATION OF SIRH-RYUN STELLA WI DUGAS REGARDING SERVICE OF PROCESS TO DEFENDANT UDISH SUNDARRAJAN** |

**DECLARATION OF SIRH-RYUN STELLA WI DUGAS REGARDING SERVICE OF PROCESS TO DEFENDANT UDISH SUNDARRAJAN**

I, Sirh-Ryun Stella Wi Dugas, declare under penalty of perjury as true and correct that:

1. I am over 18 years of age, of sound mind, and fully competent to make this Declaration. I have personal knowledge of the fact stated below. I am an attorney with Prenda Law Inc. ("Prenda"), which represents AF Holdings LLC in the above-captioned case.

2. I assisted Brett Gibbs, the attorney of record, in attempting to serve Defendant Udish Sundarrajan with the Complaint and Summons in this matter.

3. To effectuate service on Defendant in this matter, I contacted Casey Burton of Legalese Attorney Service, Inc., a private process server located in Sacramento, CA, on October 4, 2012, by email. Attached as Exhibit A to this Declaration is a true and correct copy of the email

correspondence between us. As the Court will note, in this email I discuss the service fee and also notify Casey Burton that Udish Sundarrajan should be served at the residence located at 7755 Sunhill Drive, Apt 238, Citrus Heights, CA 95610.

4. On information and belief, Mr. Sundarrajan does, or did, in fact reside at 7755 Sunhill Drive, Apt 238, Citrus Heights, CA 95610. This information was provided to Plaintiff through a subpoena return from Comcast Cable Holdings, LLC ("Comcast")—Mr. Sundarrajan's Internet Server Provider—which identified Mr. Sundarrajan as an Internet subscriber of Comcast who was associated with IP address 98.208.97.196 at March 2, 2012 at 18:03:06 (UTC). When provided with that information, Comcast not only identified Mr. Sundarrajan as the Internet subscriber associated with the above IP address, but also notified Plaintiff that Mr. Sundarrajan's current address is 7755 Sunhill Drive, Apt 238, Citrus Heights, CA 95610.

5. On October 15, 2012, I received an email from Casey Burton, in which I was informed that Udish Sundarrajan has not been served. Attached as Exhibit B to this Declaration is a true and correct copy of the email of October 15, 2012. (Ex. B October 15 Email.) The email also noted that, the server spoke with the occupant of the residence located at 7755 Sunhill Drive, Citrus Heights, CA 95610 during a service attempt on October 13, 2012. (*Id.*) The occupant of the residence is an individual referred to as Zac "Doe". (*Id.*) Zac "Doe" told the server that "he has lived at the given unit for two to three months now, and hasn't received any mail addressed to Udish Sundarrajan either." (*Id.*) Attached as Exhibit C to this Declaration is a true and correct copy of the Affidavit of Due Diligence signed by David Labrodo, Jr., the server, which describes in detail the five separate attempts, including the attempt of October 13, 2012, made to serve the defendant Udish Sundarrajan.

6. On October 18, 2012, I contacted Casey Burton by email regarding an alternative address for Udish Sundarrajan. Attached as Exhibit D to this Declaration is a true and correct copy of this email. (Ex. D October 18 Email.) The alternative address of Udish Sundarrajan is 1571 Arcola Avenue, Sacramento, CA 95835-1637. (*Id.*) This is an address obtained through a skip trace performed on Udish Sundarrajan.  This was the only other viable alternative address provided for Udish Sundarrajan.

7. On October 20, 2012, Casey Burton contacted me by email to inform me that the attempt to serve Udish Sundarrajan at 1571 Arcola Avenue, Sacremento, CA 95835-1637 failed. Attached as Exhibit E to this Declaration is a true and correct copy of this email. (Ex. E October 20 Email.) In this email, the residence at 1571 Arcola Avenue is now occupied by a Jessica "Doe". (*Id.*) Jessica "Doe" mentioned to the server that Udish Sundarrajan "must have been the previous occupant because she and her family keep receiving mail addressed in his name . . . ." (*Id.*) Jessica "Doe" does not know Udish Sundarrajan. (*Id.*) Jessica "Doe" also told the server that "she and her family moved into . . . residence in June 2012." (*Id.*) Details regarding this attempt of service are also available in Exhibit C Affidavit of Due Diligence.

8. As of October 30, 2012, process of service to Udish Sundarrajan remains incomplete. All attempts at conventionally serving Mr. Sundarrajan by a service of process through a professional process server have failed.  There are no other alternative addresses I am aware of for Udish Sundarrajan.

9. I declare under penalty of perjury that the foregoing is true and correct of my own personal knowledge, except for those matters stated as information and belief, and those matters I believe to be true, and if called upon to testify, I can competently do so as set forth above.

///

Executed on October 30, 2012, in Minneapolis, MN.

_____

Sirh-Ryun Stella Wi Dugas