Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AF HOLDINGS LLC, ) | Case No. 2:12-cv-01078-GEB-GGH |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING** |
| ) | **PLAINTIFF'S MOTION FOR SERVICE** |
| UDISH SUNDARRAJAN, ) | **BY PUBLICATION** |
| Defendant. ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR SERVICE BY PUBLICATION**

The Court has reviewed the Plaintiff's Motion for Service by Publication, the Declaration of Sirh-Ryun Stella Wi Dugas Regarding Service of Process to Defendant Udish Sundarrajan with attached Exhibits, and relevant case law.  Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Service by Publication is GRANTED; it is further

ORDERED that Plaintiff may immediately serve Defendant by publication by publishing notice in a publically recognized newspaper published in the state of California and readily available to those living in the Eastern District of California, containing notice of the pendency of the action, the title of the court, the title of the case, showing the names of the first named plaintiff and the named defendant, the number of the case, the name of the party to be served by publication (Udish Sundarrajan), and the date on or after which default may be entered against such party.

Finally, it is ORDERED that Plaintiff shall submit a photocopy of such notice to the Court along with a declaration confirming its authenticity and identifying the publication and date the notice could be have been found.

Per Local Rule 131(c) – Dated: October 30, 2012                    /s/ Brett L. Gibbs, Esq.

11/19/12

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge