Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, | No. 2:12-cv-01078-GEB-GGH |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE PREETRIAL SCHEDULING (STATUS) CONFERENCE |
| UDISH SUNDARRAJAN, | |
| Defendant. | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE PRETRIAL SCHEDULING (STATUS) CONFERENCE**

On January 22, 2013 Plaintiff filed an Motion for Administrative Relief for Leave to Continue the Status Conference, which was originally scheduled by the Court. In light of the points made in Plaintiff's Motion,

IT IS HEREBY ORDERED that the case management currently scheduled for February 11, 2013 is continued to **April 1, 2013 at 9:00 A.M.  a status report shall be filed fourteen days prior to the hearing.**

**Date:  1/23/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING LEAVE FOR A CONTINUANCE     No. C-11-03827 LB