IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AF HOLDINGS LLC, | | |
| Plaintiff, | No. 2:12-cv-1078 GEB GGH | |
| vs. | | |
| UDISH SUNDARRAJAN, | | |
| Defendant. | ORDER | |

Plaintiff's motion for default judgment presently is calendared for hearing on February 14, 2013. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 230(g).

Accordingly, IT IS ORDERED that:

1. The February 14, 2013 hearing on the motion for default judgment, filed January 16, 2013, is vacated; and

2. The motion is submitted on the record.

DATED: February 7, 2013

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076:AFHoldings1078.vac.wpd